IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JACKIE ANN MERENZ,<br><br>Plaintiff,<br><br>vs.<br><br>GEICO GENERAL INSURANCE CO. and JOHN DOES 1 through 10,<br><br>Defendants. | CV 23–38–BU–DLC<br><br><br>ORDER |

The parties have notified the Court that a complete and final settlement agreement has been reached in the above-captioned matter thereby resolving all issues between them. (Doc. 22.) The parties therefore move for dismissal of this matter with prejudice, with each party to bear their own costs and attorney's fees. (*Id.*) Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear their own costs and attorney's fees.

DATED this 15th day of March, 2024.

*/s/ Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court

- 1 -